Jeremy Warren
WARREN & BURSTEIN
State Bar No. 177900
501 West Broadway, Suite 240
(619) 234-4433
jw@wabulaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.:  24cr341-TWR |
| ) | |
| Plaintiff,   ) | |
| ) | Joint motion to continue sentencing |
| v.   ) | |
| ) | |
| RUSSELL THURSTON,   ) | |
| ) | |
| Defendants.   ) | |
| —————————————— ) | |

The parties jointly move to continue the sentencing hearing from August 15, 2025, to November 14, 2025, at 9:00 am. The parties jointly move for a continuance to investigate significant factual and legal issues relevant to this case and sentencing. The parties agree that time is excludable. Mr. Thurston remains in compliance with his conditions of pretrial release and his acknowledgment is attached.

So moved.

Dated: July 31, 2025  /s/ *Jeremy Warren/Deborah Barbier*
Jeremy Warren/Deborah Barbier
Attorneys for Mr. Thurston

Dated: July 31, 2025  /s/ *Carling Donovan/Patrick Swan*
Carling Donovan and Patrick Swan
Assistant United States Attorneys
With signature authority

1

Jeremy Warren
WARREN & BURSTEIN
State Bar No. 177900
501 West Broadway, Suite 240
(619) 234-4433
jw@wabulaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:  24cr341-TWR |
| ) | |
| Plaintiff, ) | |
| ) | Acknowledgment of next court date |
| v. ) | |
| ) | |
| RUSSELL THURSTON, ) | |
| ) | |
| Defendants. ) | |
| ——————————————— ) | |

I acknowledge my sentencing hearing is being continued from August 15, 2025, to November 14, 2025, at 9:00 a.m.  I will appear before the Court at that time as directed.

Dated: July 30, 2025                              _____
                                                                    Russell Thurston

1